**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY EAKES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEPRINO FOODS COMPANY, et al.,<br><br>　　　　Defendants. | No. 1:18-cv-00335-LJO-SKO<br><br>**ORDER GRANTING DEFENDANT LEAVE TO FILE AMENDED ANSWER**<br><br>(Doc. 9) |

　　　　Pursuant to the parties' "Stipulation for Leave to File Amended Answer" (the "Stipulation") (Doc. 9), **IT IS HEREBY ORDERED** that Defendant Leprino Foods Company shall file its Amended Answer, a copy of which was attached to the Stipulation (Doc. 9-1), within two (2) calendar days of the date this Order is filed.

IT IS SO ORDERED.

Dated: __**June 18, 2018**__　　　　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　.