Patrick T. Markham, Esq. – State Bar No. 114542
**JACOBSON MARKHAM, L.L.P.**
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826
Tel: (916) 854-5969
Fax: (916) 854-5965

Attorneys for Defendant
LEPRINO FOODS COMPANY

Alex E. Thompson
**HERR PEDERSON & BERGLUND LLP**
100 Willow Plaza, Suite 300
Visalia, CA 93291
Tel: (559) 636-0200

Attorneys for Plaintiff
BOBBY EAKES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (FRESNO DIVISION)

| | |
|---|---|
| BOBBY EAKES<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY<br><br>Defendant. | Case No: 1:18-cv-00335-LJO-SKO<br><br>**STIPULATION AND ORDER GRANTING DEFENDANT LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST PHILLIP GORDON COLLINS, DBA COLLINS AIR AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>(Doc. 15)<br><br>Action Filed: February 1, 2018 |

COMES NOW, plaintiff, BOBBY EAKES (hereinafter "Plaintiff") and defendant, LEPRINO FOODS COMPANY (hereinafter "LFC" or "Defendant"), by and through their respective undersigned counsel, and stipulate as follows for an order granting Defendant leave to file its Third-

-1-

Jacobson Markham, LLP
Sacramento, California

STIPULATION AND ORDER GRANTING DEFENDANT LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST PHILLIP GORDON COLLINS, DBA COLLINS AIR AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT

1  Party Complaint against PHILLIP GORDON COLLINS, DBA COLLINS AIR (Hereinafter "Collins Air"), and granting Plaintiff leave to file an amended complaint.

WHEREAS, this is a personal injury case in which Plaintiff claims he was injured while in the course of his employment with Collins Air.

WHEREAS, based on information recently learned through discovery, Plaintiff now seeks to amend its complaint to name the manufacturer and installer of the ladder, where the injury allegedly occurred.

WHEREAS, based on information recently learned through discovery, and the written terms of the contract between Defendant and Collins Air, Defendant now seeks leave to implead Collins Air, the employer of Plaintiff at the time of his alleged injury, as a third party defendant.

WHEREAS, Plaintiff does not object to the impleader of Collins Air.

WHEREAS, Defendant does not object to Plaintiff amending the complaint to name the manufacturer and installer of the ladder.

NOW THEREFORE, Plaintiff and LFC stipulate and respectfully request that the Court enter an order granting LFC leave to a Third-Party Complaint against Collins Air, and granting Plaintiff leave to amend the complaint.

Dated: October 17, 2018                     JACOBSON MARKHAM, L.L.P.

                                            By /s/ Patrick T. Markham
                                            PATRICK T. MARKHAM, ESQ.
                                            Attorneys for Defendant
                                            LEPRINO FOODS COMPANY

Dated: October 17, 2018                     HERR PEDERSON & BERGLUND LLP

                                            By /s/ Alex E. Thompson
                                            ALEX E. THOMPSON
                                            Attorneys for Plaintiff
                                            BOBBY EAKES

-2-

Jacobson Markham, LLP
Sacramento, California

STIPULATION AND ORDER GRANTING DEFENDANT LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST PHILLIP GORDON COLLINS, DBA COLLINS AIR AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT

## **ORDER**

Good cause having been shown based on the stipulation of the parties (Doc. 15), the Court hereby orders as follows:

1. Defendant Leprino Foods Company is granted leave to file its Third-Party Complaint against Phillip Gordon Collins, dba Collins Air, within ten (10) days from the date of this Order; and

2. Plaintiff Bobby Eakes is granted leave to file its amended complaint within twenty (20) days from the date of this Order.

IT IS SO ORDERED.

Dated: **October 19, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

-3-

Jacobson Markham, LLP
Sacramento, California

STIPULATION AND ORDER GRANTING DEFENDANT LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST PHILLIP GORDON COLLINS, DBA COLLINS AIR AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT