# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY EAKES,** | 1:18-cv-00335-LJO-SKO |
| **Plaintiff,** | **ORDER GRANTING UNOPPOSED MOTION TO REMAND (ECF NO. 34)** |
| v. | |
| **LEPRINO FOODS COMPANY,** *et al.*, | |
| **Defendants.** | |

Before the Court for decision is Plaintiff Bobby Eakes' motion to remand this case to the Superior Court for the County of Kings, ECF No. 34, on the ground that Plaintiff's First Amended Complaint, filed with leave of court, *see* ECF No. 16, adds non-diverse Defendants, American Incorporated and O'Keeffe's Inc., both of which are alleged to be, along with Plaintiff, citizens of the State of California. ECF No. 22 ¶¶ 2, 9. Original Defendant Leprino Foods Company filed a statement of non-opposition. ECF No. 37. No other Defendant timely filed any opposition to remand.

The motion to remand was timely filed on January 18, 2019, after Defendants O'Keeffe's Inc. admitted (by not contesting in its Answer, ECF No. 29) that it is a citizen of California, thereby confirming that diversity of citizenship is no longer present. *See* 28 U.S.C. § 1447 (c) (remand appropriate at "any time" if it appears that the district court lacks subject matter jurisdiction). There is no suggestion that the new Defendants were fraudulently joined or otherwise improperly included in the

1

First Amended Complaint.

Accordingly, the motion to remand is GRANTED. The Clerk of Court is directed to REMAND this matter to the Superior Court for the County of Kings and then to CLOSE THIS CASE.

IT IS SO ORDERED.

    Dated:   **February 15, 2019**          **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES CHIEF DISTRICT JUDGE